**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**MICHAEL H. HAWKINS, et al.**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No.  8:04-cv-490-T-30MSS**

**CHARLES FUST, et al.,**

    **Defendants.**

_____

## ORDER

THIS CAUSE comes before the Court upon Defendant SinoFresh HealthCare, Inc.'s Motion to Dismiss Counts I - VI of the Corrected Second Amended Complaint Pursuant to Fla. Stat. § 607.07401(3) and Supporting Memorandum of Law (Dkt. # 73), Defendant Greenberg Traurig and Fields' Response to Defendant SinoFresh HealthCare, Inc.'s Motion to Dismiss/Greenberg Traurig and Fields' Motion for Extension of Time to File a Responsive Pleading (Dkt. # 74), and Plaintiffs' Response to Motion to Dismiss Counts I through VI of the Corrected Second Amended Complaint and Supporting Memorandum of Law (Dkt. # 76).

Pursuant to the Report of Stuart H. Cohn (Dkt. # 69), Defendant SinoFresh HealthCare, Inc. ("SinoFresh"), has moved to dismiss Counts I through VI of the Second Amended Complaint with prejudice. Plaintiffs consent to the dismissal of Counts III, IV, V and VI with prejudice. However, Plaintiffs only agree to the dismissal of Counts I and II without prejudice and request that they be able to proceed with Count VII against Defendants Greenberg Traurig, P.A. and Randolph H. Fields. The Court, having considered the motion

and memoranda, and having reviewed the Report of Professor Cohn, finds that the motion should be granted in part and denied in part.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant SinoFresh HealthCare, Inc.'s Motion to Dismiss Counts I - VI of the Corrected Second Amended Complaint Pursuant to Fla. Stat. § 607.07401(3) and Supporting Memorandum of Law (Dkt. # 73) is GRANTED IN PART AND DENIED IN PART.

2. Counts III, IV, V, and VI of the Corrected Second Amended Complaint are dismissed with prejudice.

3. Counts I and II of the Corrected Second Amended Complaint are dismissed without prejudice.

4. This matter will proceed on Count VII alone.

5. The Clerk is directed to terminate Defendants Charles Fust, Stacey Maloney Fust, Robert DuPont and Russell R. Lee, III, and Sino Fresh HealthCare, Inc. as parties to this action.

6. Defendants Greenber Traurig, P.A. and Randolph H. Fields shall file and serve a responsive pleading to Count VII of the Corrected Second Amended Complaint within fifteen (15) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-490.dismiss counts 1 through 6.wpd